John C. RICHARDSON, Appellant,

v.

WALSH CONSTRUCTION COMPANY, Morrison-Knudsen Company, Inc., Henry J. Kaiser Company and Perini Corporation.

No. 15888.

United States Court of Appeals
Third Circuit.

Argued Nov. 4, 1966.

Decided Dec. 5, 1966.

Hymen Schlesinger, Pittsburgh, Pa., for appellant.

William C. Walker, Pittsburgh, Pa., Dickie, McCamey & Chilcote, Pittsburgh, Pa., for appellees.

Before GANEY, SMITH and FREEDMAN, Circuit Judges.

## OPINION OF THE COURT

PER CURIAM.

This matter was heretofore before this court on an appeal from a judgment in favor of the defendants, 334 F.2d 334 (1964). The said judgment was reversed and the action was remanded to the court below with directions that a new trial be had. The second trial resulted in a judgment in favor of the defendants and the present appeal followed. We have carefully considered the record of the second trial and find that the grounds urged in support of reversal are clearly without merit.

The judgment of the court below will be affirmed.